FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 18 2022
BY
DEPUTY_____

UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____ DIVISION

Alecia N Givens

Case Number: 6:22CV188 JCB/JDL

_____

Name of Plaintiff(s)

vs

Transition Rehab
Susan Fitzgerald - HR
Nickolas Ray - Direct Supervisor

Name of Defendant(s)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2. Plaintiff, __Alecia N Givens__, is a citizen of the United States
   (name of plaintiff)
   and resides at __1518 Fm 314 S__, __Chandler__
                    (street address)              (city)
   __Henderson__, __Texas__, __75758__, __(903)681-9886__
   (county)      (state)   (zip)      (telephone)

3.. Defendant, **Debra Simms Josh Bates** *Owner and Co Owner*, resides at, or its business is
(name of defendant)

located at **415 US Highway 377 South, Suite 200 ARGYLE**
(street address)   (city)

**Denton**, **TX**, **76226**, **(940) 464-7010**
(county)  (state)  (zip)  (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant
at **300 Cherry Street**, **Chandler**
(street address)  (city)

**Henderson**, **TX**, **75758**.
(county)  (state)  (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10
of the complaint on or about **7-31-20**.
(month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about **7-19-21  08-2-21**.
(month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on **8-9-21**.
(month day, year)

8. Because of plaintiff's (1) ✓ race, (2) ✓ color, (3) ___ sex,

   (4) ___ national origin, defendant:

   a. ___ failed to employ plaintiff.

   b. ✓ terminated plaintiff's employment.

   c. ___ failed to promote plaintiff.

   d. ✓ Other Discrimination of my race, black African American violation of Title VII of the civil rights act of 1964, The Genetic Information non discrimination act. Retaliation for not violating hippa of another persons medical status.

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

   I have attached EEOC and my statements at the back of this document.
   If granted a hearing due to Nikki Brewster Nursing Home Administrator was not at facility at time this supposedly happened I request her presence not to be at hearing. I know she falsely created documentation to benefit her outcome and she was out this whole week. Most of the descrimination and retaliation for not having a positive report came from her. I had been employed 17 yrs. Admin had been there 3 yrs but was after my Job the Day she started according to my Immediate boss at the time (Nicholas Ray).

10. The acts set forth in paragraph 9 of this complaint:

    a. \_\_\_\_\_ are still being committed by defendant.

    b. \_\_\_\_\_ are no longer being committed by defendant.

    c. ✓ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. \_\_\_\_\_ Defendant be directed to employ plaintiff.

    b. \_\_\_\_\_ Defendant be directed to re-employ plaintiff.

    c. \_\_\_\_\_ Defendant be directed to promote plaintiff.

    d. ✓ Defendant be directed to _Attica M Transition Rehab_ and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

_____
(Signature of Plaintiff)